board of public improvements, and thereupon he makes an extract from the minutes of that board. Judgment must be affirmed, with costs.

In re KELLY. (Supreme Court, Appellate Division, Second Department. November 14, 1905.) In the matter of the application of Robert F. Kelly for admission to the bar. No opinion. Application granted.

KENNA v. BUTLER et al. In re BROWNE. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Katherine J. Kenna, an infant, etc., against John J. Butler and others. In the matter of the application of Juliette Van Dyke Browne to cancel a lis pendens. No opinion. Order affirmed, with $10 costs and disbursements.

KENNEDY, Respondent, v. BROOKLYN HEIGHTS R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Daniel Kennedy against the Brooklyn Heights Railroad Company and the Convey Island & Brooklyn Railroad Company. No opinion. Judgment modified, by striking out the provision for extra allowance, for want of power in the court at Trial Term to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

KENT, Respondent, v. NORTHAMPTON PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Percy Kent against the Northampton Portland Cement Company. W. H. Slayton, for appellant. H. M. Haviland, for respondent. No opinion. Judgment and order affirmed, with costs.

KENT, Respondent, v. SCHMIDT et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Margaret S. Kent against George W. Schmidt and others. A. H. Parkhurst, for appellants. V. Victory, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KENYON et al., Respondents, v. WATERMAN et al., Appellants. WATERMAN, Appellant, v. KENYON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Actions by Ralph W. Kenyon and Edwin D. Kenyon against Henry M. Waterman and others, and by Henry M. Waterman against Julia Kenyon and others. No opinion. Order in each case affirmed on argument, with $10 costs and disbursements.

KENYON, Respondent, v. WILLIAM P. SANFORD MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Maggie Kenyon, by guardian, etc., against the William P. Sanford Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re KING. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) In the matter of the application of Robert S. King for admission to the bar. Application granted.

KING, Appellant, v. BELL TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Edgar F. King against the Bell Telephone Company. No opinion. Judgment and order affirmed, with costs.

KING, Respondent, v. CAYUGA LAKE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Action by Edward A. King against the Cayuga Lake Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

KING, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by James King against the Metropolitan Street Railway Company. B. H. Ames, for appellant. S. O. Lockwood, for respondent. No opinion. Judgment and order affirmed, with costs.

In re KINGSBRIDGE ROAD. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of the Kingsbridge Road. J. S. Frank, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 70 N. Y. Supp. 1029.

KLEPS, Respondent, v. BRISTOL MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Fred Kleps against the Bristol Manufacturing Company. No opinion. Motion denied.

KLIGER v. ROSENFELD (two cases). (Supreme Court, Appellate Division, First Department. November 10, 1905.) Actions by Max Kliger against Samuel Rosenfeld. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

KLOPSCH, Appellant, v. LEE, Respondent. (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Action by William Klopsch against Charles E. Lee. No opinion. Order affirmed, with costs.

KNICKERBOCKER, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Helen M. Knickerbocker against Robert D. Green. W. L. Stone, Jr., for appellant. W. S. Maddox, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KNICKERBOCKER TRUST CO., Respondent, v. OSWEGO ST. RY. CO. et al., Appellants. SHEPARD et al., Respondents, v. LAKE ONTARIO & R. RY. CO., Appellant.